UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-22496-CIV-KING

LALLA ASTHMA ALAOUI HACHEM,
and ABBAS HUSSEIN HACHEM,

    Plaintiffs,

v.

LINDA SWACINA, in her official capacity,
Director of the Miami District of the Bureau of
Citizenship and Immigration Services
and, JANET NAPOLITANO,
in her official capacity as Secretary
of Homeland Security and,
SERGIO MATTEO, personally and in his
official capacity,

    Defendants.
_____/

## ORDER DENYING MOTIONS AS MOOT

    THIS CAUSE comes before the Court *sua sponte*. The above-styled case was filed on August 25, 2009 (DE #1) and closed with finality on January 8, 2010. *See* (DE #10). The basis of the Plaintiffs' Complaint was that Plaintiff Lalla Hachem's N-400 Naturalization Application had not been processed in a timely fashion. Sometime after Plaintiffs filed this Complaint, Hachem's application was considered, processed, and denied. This was the entire basis of the Plaintiff's Complaint. Instead of filing an administrative appeal, which Defendants would have had 120 days to consider, Plaintiff filed an Amended Complaint (DE # 16) seeking review of said denial. In doing so, Plaintiffs failed to exhaust the administrative remedies

available to them, and Defendants moved to dismiss the case.

The Court granted Defendant's Motion to Dismiss on two grounds. First, Plaintiff's application for naturalization was denied on October 23, 2009. Plaintiff appealed that denial on November 19, 2009 and USCIS had 180-days from the date the appeal is filed, to schedule a hearing before an immigration officer. *See* 8 C.F.R. § 336.2. At the time Plaintiffs Amended their Complaint, there was still time remaining for USCIS to schedule Plaintiff's hearing within the time-scheme contemplated by the statute. Because Plaintiff had not yet exhausted its administrative remedies, the Court lacked subject matter jurisdiction over Plaintiff's claim. Second, the Court dismissed the Plaintiffs' case because Plaintiff was placed in removal proceedings. Pursuant to 8 U.S.C. § 1429, when an alien is in removal proceedings a Court cannot consider its application for naturalization. The grounds that Plaintiffs raised in their first-filed Complaint were litigated to conclusion, and the subsequent motions filed are moot and therefore stricken from the record.

In the Court's Final Order of Dismissal, the Court noted that Defendant Matteo was not properly before the Court because he had not been served, and closed the case, including the Count raised against Matteo. Notwithstanding the Court's Final Order of Dismissal, the parties continued briefing this case and Plaintiffs filed a Motion for Reconsideration (DE #23) on January 12, 2010, a Motion for Default Judgment (DE # 24), and an Amended Motion for Default Judgment (DE #25), all on January 12, 2010. Defendant Matteo then filed a Motion to Strike Plaintiffs' Motion for Reconsideration (DE# 28) arguing that he was not properly served and therefore not a party to this action.

On March 11th, 2010 it appears counsel for Defendant Matteo voluntarily agreed to accept service one behalf of Defendant (DE #31), and on April 9, 2010 Moved to Dismiss

Plaintiffs' Complaint even though the Court notes this action was already closed as to all Defendants, including Matteo. Plaintiffs filed their Response (DE # 32) on April 17, 2010, and moved to amend their Complaint (DE #33) on April 19, 2010. Defendant Responded to Plaintiffs' Motion to Amend its Amended Complaint (DE #34) on April 30, 2010 and Plaintiffs Replied to Defendant's Motion to Dismiss (DE #35) on May 18, 2010.

A review of the record today indicates that there are several ripe motions in a case which was litigated to finality in January. The parties continued briefing these issues despite being given no indication from the Court that it had further jurisdiction to hear these issues. Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** that all pending motions (DE #23, 24, 25, 28, 31, and 33) are **DENIED** as **MOOT** and stricken from the record. This case shall remain CLOSED.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 8th day of September, 2010.

James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: <u>*Counsel for Plaintiff*</u>
**John Wheat Gibson , Sr.** 701 Commerce Street Suite 800 Dallas, TX 75202
**Tony Alexander Haber** 901 Ponce De Leon Blvd Suite 303 Coral Gables, FL 33134

<u>*Counsel for Defendants*</u>
**Lana Lunskaya Vahab** US Department of Justice PO Box 868 Ben Franklin Station Washington, DC 20044
**Lawrence Nathan Rosen** United States Attorney's Office 99 NE 4 Street Miami, FL 33132